FILED '25 07 31 AM11:0 # UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Damanique Carmichael      **Repayment Agreement and Order**      No: 1:23-CR-00007-001

On January 3, 2025, Damanique Carmichael was sentenced to 36 months probation.

After a review of her financial status, the following repayment agreement has been reached with Ms. Carmichael. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on January 3, 2025, I have been ordered to pay a total restitution of $512,236.00 and a special assessment of $100.00.

2.      On January 3, 2025, I began my service of 36 months of probation. The mandatory assessment was satisfied on April 18, 2025. The current balance of my restitution is $512,236.00.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties.  Beginning on the 1st day of June, 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

| | |
|---|---|
| Damanique Carmichael | 06/12/2025 <br> Date |
| Amanda G. Reed, U.S. Probation Officer | 6-12-29 <br> Date |
| Assistant U.S. Attorney | 07/11/2025 <br> Date |

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

Leslie Abrams Gardner
Chief U.S. District Judge

7/30/2025
Date